**MORONGO BAND OF MISSION INDI-ANS, a federally recognized Indian Tribe, Plaintiff–Appellant,**

v.

**Dennis STACH; Workers Compensation Appeals Board, for the State of California; Frederick P. Popanda, Defendants–Appellees.**

**No. 97–55338.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 7, 1998.[1]

Decided Oct. 21, 1998.

Barbara E. Karshmer, Richard A. Cross, and John R. Shordike, Alexander & Karshmer, Berkeley, California, for plaintiff-appellant Morongo Band of Mission Indians.

Thomas J. McBirnie, Department of Industrial Relations, Workers' Compensation Appeals Board, San Francisco, California, for defendant-appellee Workers' Compensation Appeals Board.

Jacqueline Schauer, John Plotz, M.C. Rudy, and Richard J. Rosa of Department of Industrial Relations, Division of Workers' Compensations, San Francisco, California, for defendant-appellee Dennis Stach.

R.App.P. 34(a) and Ninth Circuit Rule 34–4.

Before: BRUNETTI, FERNANDEZ, and McKEOWN, Circuit Judges.

IT IS ORDERED that this action be dismissed as moot. Accordingly, we vacate the judgment below and remand for dismissal. See *United States v. Munsingwear, Inc.*, 340 U.S. 36, 39–40, 71 S.Ct. 104, 95 L.Ed. 36 (1950).

VACATED AND REMANDED.